UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>DEBRUIN CONSTRUCTION, INC.,<br><br>Defendant. | No. 12-cv-05632 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 8 |

This action was filed on November 2, 2012. Dkt. No. 1. Previously, plaintiffs asked the Court to continue the initial case management conference set for February 6, 2013 with ninety days to allow additional time to serve defendant. Dkt. No. 4. Plaintiffs asserted that they had made "numerous attempts, at multiple locations, to serve Defendant" and that they were "continuing to try to locate Defendant to complete service." *Id.* The Court continued the case management conference to April 24, 2013. Dkt. No. 6. Plaintiffs now

1  seek a further sixty-day continuance of the case management conference "to allow
2  Plaintiffs additional time to serve Defendant," and make the same generalized assertions
3  regarding their attempts to serve defendant. Dkt. Nos. 8-9.
4        The initial case management conference is continued to June 26, 2013 at 10:00 a.m.
5  in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco,
6  California. The parties must submit a joint case management statement by June 19, 2013.
7        The Court further notes that Federal Rule of Civil Procedure 4(m) provides that if a
8  defendant is not served within 120 days after the complaint is filed, the court may dismiss
9  the action as to that defendant after notice to the plaintiff. More than 120 days have passed
10 since plaintiffs filed the complaint. Accordingly, in their case management statement, and
11 at the upcoming initial case management conference, plaintiffs must show cause why this
12 action should not be dismissed under Rule 4(m).
13       IT IS SO ORDERED.
14       Date: April 3, 2013

Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-05632 NC
ORDER CONTINUING CMC
AND ORDER TO SHOW CAUSE
   2